**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Billy Joe McCLAIN, a.k.a. Billy, a.k.a.**
**Bill, a.k.a. Bo, a.k.a. Billion Dollar**
**Bill, Defendant–Appellant.**

No. 12–10977
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 27, 2012.

Patricia D. Barksdale, Frank Merrill Talbot, II, Jay Carl Taylor, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Tracy N. DaCruz, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Billy Joe McClain, FCI Miami, Miami, FL, for Defendant–Appellant.

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Billy Joe McClain in this criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of McClain's § 3582(c)(2) motion per Amendment 750 is **AF-FIRMED.**